## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICKEY MASON,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 18-2029-NJR** |
| **TRENTON FREEMAN, et al.,** | |
| **Defendants.** | |

## <u>ORDER OF DISMISSAL</u>

**ROSENSTENGEL, Chief Judge:**

On August 28, 2019, the Court was informed that the parties had reached a global settlement of this and two other cases pending in this district (*see* Doc. 51), and the Court's standard "120-day Order" was entered, directing entry of final judgment on December 30, 2019 (Doc. 51). That deadline was later extended to February 24, 2020 (Doc. 58) and then to May 25, 2020 (Doc. 62). On May 6, 2020, defense counsel advised the Court that a payment voucher had been sent for processing on April 14, 2020 (Doc. 63).

Now that the appropriate state agency is processing the payment to Plaintiff, there is nothing left for the Court to do. Accordingly, this action is **DISMISSED with prejudice** pursuant to the parties' settlement agreement, and the Clerk of Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED.

DATED:   June 10, 2020

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**